Motion for Emergency Stay Granted and Order filed September 26, 2012.

 [pic]

 In The

 Fourteenth Court of Appeals

 NO. 14-12-00861-CV

 In Re City of Houston, Relator

 ORIGINAL PROCEEDING
 WRIT OF Mandamus
 On Appeal from the County Civil Court at Law No. 3
 Harris County, Texas
 Trial Court Cause No. 921541

 ORDER

 On September 20, 2012, relator, the City of Houston, filed a petition for writ of mandamus in
this court. See Tex. Gov’t Code §22.221; see also Tex. R. App. P. 52. In the petition, relator asks
this court to compel the Honorable Linda Storey, the presiding judge of Harris County County Civil
Court at Law No. 3, to grant its motion to compel discovery from the real party in interest,
Memorial Estate Builders, LLC. Relator also filed an emergency motion to stay the trial scheduled to
commence October 1, 2012. See Tex. R. App. P. 52.8(b), 52.10. The court requested a response to the
motion, which was filed September 25, 2012.

 It appears from the facts stated in the petition that relator’s request for relief requires
further consideration and that relator will be prejudiced unless immediate temporary relief is
granted. We therefore GRANT relator’s motion and ORDER the trial scheduled to commence October 1,
2012, in trial court cause number 921541, styled Memorial Estate Builders, LLC v. City of Houston,
in Harris County Civil Court at Law No. 3 STAYED until a final decision by this court on relator’s
petition for writ of mandamus, or until further order of this court.

 In addition, the court requests the real party in interest, Memorial Estate Builders, LLC, to
file a response to the petition for writ of mandamus on or before October 12, 2012.

 PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.